```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  OWEN P. MARTIKAN (CABN 177104)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-7241
 7      Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov
 8
    Attorneys for Plaintiff
 9
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA,      )   No. CR 3:08-mj-70174-MAG
                                   )
15         Plaintiff,               )
                                   )
16     v.                          )   NOTICE OF SUBSTITUTION
                                   )
17  JESUS MEDINA,                  )
                                   )
18         Defendant.              )
                                   )
19
20
21      TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE
22  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:
23
24      PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance
25  of Owen P. Martikan, Assistant United States Attorney, and to withdraw the appearance of
26  Derek R. Owens, the Assistant United States Attorney who was formerly assigned to represent
27  the United States of America.  The Clerk is requested to change the docket sheet and other Court
28  records so as to reflect that all Orders and communications from the Court will in the future be
```

CR 3:08-mj-70174 MAG
NOTICE OF SUBSTITUTION            1

directed to AUSA Owen P. Martikan at the above mailing address, telephone number, facsimile number, and e-mail address.

Please also take notice that, from the date of this request, service on the United States of America should be made on Owen Martikan only. Please amend your service lists accordingly. While Brian Stretch, Chief of the Criminal Division, and Joseph P. Russoniello, United States Attorney, will appear on the pleadings with Owen Martikan, no service need be made on them.

DATED: April 7, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


           /s/   Owen Martikan
OWEN P. MARTIKAN
Assistant United States Attorney

CR 3:08-mj-70174 MAG
NOTICE OF SUBSTITUTION            2