BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70174 MAG (JL) |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER PERMITTING TRAVEL** |
| v. ) | |
| JESUS MEDINA, ) | |
| Defendant. ) | |

## STIPULATION

The defendant, Mr. Medina wishes to travel to Fresno, California to visit his family leaving on Saturday, April 12, 2008 and returning Sunday, April 13, 2008. The government is not opposed to this request. The Defendant is not under the supervision of the United States Pretrial Services Office.

IT IS SO STIPULATED:

Dated: April 11, 2008          _____/S/_____
                                RONALD C. TYLER
                                Assistant Federal Public Defender

STIPULATION AND [PROPOSED] ORDER
PERMITTING TRAVEL
*United States v. Jesus Medina*
No. CR 08-70174 MAG (JL)                    1

1  Dated: April 11, 2008 _____/S/_____
2                                               OWEN P. MARTIKAN
                                             Assistant United States Attorney
3
4  **[PROPOSED] ORDER**
5  GOOD CAUSE APPEARING, the defendant is hereby permitted to travel to Fresno,
6  California, leaving on Saturday, April 12, 2008 and returning Sunday, April 13, 2008.
7
8  **IT IS SO ORDERED**.
9
10  Dated: April 11, 2008 _____
11                                              THE HONORABLE JAMES LARSON
                                             United States Chief Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
PERMITTING TRAVEL
*United States v. Jesus Medina*
No. CR 08-70174 MAG (JL)          2