AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, United States Code, section 1028(a)(4) - Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year prison, $100,000 fine, 1 year supervised release, $25 special assessment

E-filing

**DEFENDANT - U.S.**
JESUS MEDINA
aka JOSE DAVID MANGUAL RODRIGUEZ

**DISTRICT COURT NUMBER**
CR 08 0277 MAG

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70714 MAG

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y** (if assigned) Owen P. Martikan

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____
Or... if Arresting Agency & Warrant were not Month/Day/Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6                               E-filing
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12
13  UNITED STATES OF AMERICA,        )  No. CR 08 0277
                                     )
14       Plaintiff,                  )  VIOLATION: Title 18, United States Code,
                                     )  Section 1028(a)(4) – Possession of an
15       v.                          )  Identification Document with the Intent to
                                     )  Defraud the United States (Class A
16  JESUS MEDINA,                    )  Misdemeanor)
    a/k/a Jose David Mangual Rodriguez,, )
17                                   )
         Defendant.                  )  SAN FRANCISCO VENUE
18  _____  )
19
20
                              INFORMATION
21
    The United States Attorney charges:
22
         On or about December 26, 2002, in the Northern District of California, the defendant,
23
                              JESUS MEDINA,
24                   a/k/a Jose David Mangual Rodriguez,

25  knowingly possessed an identification document, that was not issued lawfully for the defendant's
26  use, to wit: a California Driver's License # D4717734, bearing the name Jose David Mangual
27  //
28  //

INFORMATION



1 | Rodriguez, with the intent that such document be used to defraud the United States, in violation
2 | of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.

DATED: April 15, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
OWEN P. MARTIKAN
Assistant United States Attorney

INFORMATION