05/07/2008 01:21 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|

Case No. DCAN308CR000277    US V MEDINA

| 001 | JESUS MEDINA | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611018627 | 1 | PR | 25.00 | 04/30/2008 |

Division Payment Total    25.00

Grand Total    25.00

$25.00  SPECIAL ASSESSMENT
         PAID IN FULL
                        M 4-30-08

Page 1 of 1